584 A.2d 236

SANDRA HARTLEY v. UNITED STATES FIDELITY
& GUARANTY CO.

May 30, 1990.

Petition for certification denied.

584 A.2d 237

COLLEEN KREHELY v. MONMOUTH MEDICAL CENTER
AND RONALD POVOLO.

May 30, 1990.

Petition for certification denied.

584 A.2d 237

MARGARET KONTAKIS v. NICHOLAS H. KONTAKIS.

May 30, 1990.

Petition for certification denied.

584 A.2d 237

STATE OF NEW JERSEY v. STEPHEN DOBRON.

May 30, 1990.

Petition for certification denied.